# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES D. STEFFENS,

    Plaintiff,

v.                                         Case No: 8:19-cv-1940-T-KKM-AAS

CHRISTOPHER NOCCO, et al.,

    Defendants.
_____/

## **ORDER**

    The parties jointly move to stay discovery and other case deadlines until the Court rules on the defendants' motion to dismiss. (Doc. 36). This case was recently reassigned to the undersigned, and a review of the docket reveals that following current deadlines in the Case Management and Scheduling Order is not possible. Accordingly, the Court finds good cause to stay discovery and modify the other case deadlines. Fed. R. Civ. P. 16(b)(4), 26(c). The parties' joint motion to stay discovery (Doc. 36) is **GRANTED**. The parties must meet within fourteen days of the Court's order on the defendants' motion to dismiss for the purpose of preparing and filing an amended case management report.

**ORDERED** in Tampa, Florida, on February 11, 2021.

*[Signature]*

Kathryn Kimball Mizelle
United States District Judge