UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES D. STEFFENS,

    Plaintiff,

v.                                      Case No: 8:19-cv-1940-KKM-AAS

CHRISTOPHER NOCCO, in his
official capacity as Pasco County Sheriff,

    Defendant.
_____

## ORDER

The Court granted summary judgment to Sheriff Christopher Nocco, the defendant, against James D. Steffens, the plaintiff. (Doc. 85.) Sheriff Nocco now moves for attorney's fees and taxation of costs. (Doc. 88; Doc. 89.) The Court referred both motions to the Magistrate Judge for a Report and Recommendation. The Magistrate Judge recommended the Court deny Sheriff Nocco's motion for attorney's fees and grant-in-part and deny-in-part his motion for taxation of costs. (Doc. 96; Doc. 97.) Specifically, the Magistrate Judge recommended the Court award Sheriff Nocco costs in the total amount of $6,048.19. (Doc. 96.)

The fourteen-day deadline for an opposing party to object to the Magistrate Judge's recommendations has passed without objection. Nevertheless, the Court reviews the

Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (per curiam).

After a complete review, the Court agrees with the Magistrate Judge. The Court denies Sheriff Nocco's request for attorney's fees and awards him costs in the amount of $6,048.19.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendations on both motions are **ADOPTED** and made a part of this Order for all purposes. (Doc. 96; Doc. 97.)

2. Sheriff Nocco's motion for taxation is **GRANTED-IN-PART** and **DENIED-IN-PART**. (Doc. 88.) The Court awards Sheriff Nocco $6,048.19 in costs against Steffens.

3. Sheriff Nocco's motion for attorney's fees is **DENIED**. (Doc. 89.)

**ORDERED** in Tampa, Florida, on May 9, 2022.

*[Signature: Kathryn Kimball Mizelle]*
Kathryn Kimball Mizelle
United States District Judge